**DISMISS and Opinion Filed October 30, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00709-CV**

**IN THE INTEREST OF H.E.F., R.D.F., M.A.F. AND D.A.F., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-01618**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's October 24, 2023 motion to dismiss the appeal.

In the motion, appellant informs the Court she no longer wishes to contest the trial

court's final judgment. We grant appellant's motion and dismiss this appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230709F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF H.E.F.,
R.D.F., M.A.F. AND D.A.F.,
CHILDREN

No. 05-23-00709-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-21-01618.
Opinion delivered by Chief Justice
Burns. Justice Molberg and Justice
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered October 30, 2023